*E-Filed 7/13/10*

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAYMOND SINCLAIR, ) <br> a/k/a Raymond Ruffin,, ) <br> ) <br> Defendant. ) | No. CR 10-0459 RS <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM JULY 13, 2010 TO AUGUST 3, 2010 |

     The parties appeared before the Honorable Richard Seeborg on July 13, 2010 for their initial appearance before the district court. With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 13, 2010 to August 3, 2010. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to carefully review the discovery in this case with the defendant.

     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 13, 2010 to August 3, 2010, outweigh the best interest of the

ORDER EXCLUDING TIME
CR 10-0459 RS

public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

    4. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 13, 2010 to August 3, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: July 13, 2010
          /s/
DANIEL BLANK
Counsel for Raymond Sinclair

DATED: July 13, 2010
          /s/
BRIAN C. LEWIS
Assistant United States Attorney

    IT IS SO ORDERED.

DATED: 7/13/10
RICHARD SEEBORG
United States District Judge

ORDER EXCLUDING TIME
CR 10-0459 RS           -2-